# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL A. LUCAS, JR.,

                    Plaintiff,

v.                                                      Case No. 18-CV-1417-JPS

CO WOLF and JOHN DOE 1-6,                               **ORDER**

                    Defendants.

On September 11, 2018, Plaintiff Michael A. Lucas Jr. filed this civil rights action under 42 U.S.C. § 1983, along with a petition to proceed without prepayment of the filing fee under 28 U.S.C. § 1915. (Docket #1 and #2). That same day, the Clerk of the Court requested that Plaintiff provide a certified trust account statement for the past six months, in accordance with 28 U.S.C. § 1915, within twenty-one days. (Docket #3). The Court needs this information to determine if Plaintiff is eligible to proceed without prepayment of the filing fee. The Clerk's 21-day deadline passed and the Court received nothing from Plaintiff. Therefore, on December 20, 2018, the Court provided Plaintiff one final chance; it ordered that Plaintiff provide the trust account statement on or before January 3, 2019. (Docket #5). The Court warned that Plaintiff's failure to submit his trust account statement would result in dismissal of this action for failure to prosecute it. *Id.*

The January 3, 2019 deadline came and went, and the Court still has not received Plaintiff's trust account statement. In fact, the Court has heard nothing from Plaintiff. This case will be dismissed. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge